# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | | |
|---|---|---|
| **HILLERICH & BRADSBY CO.,** | ) | CV-11-75-H-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| **ACE AMERICAN INSURANCE CO.,** | ) | |
| | ) | |
| Defendant. | ) | |

\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_√_  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED in accordance with the Order issued on March 26, 2013, (docket no. 78) judgment is entered in favor of ACE American Insurance Company and against Hillerich & Bradsby Company.

   Dated this 26th day of March, 2013.



                    TYLER P. GILMAN, CLERK
                    By: /s/ Darlene E. DeMato
                    Deputy Clerk